UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 606,**

      **Plaintiff,**

v.                                        Case No. 6:24-cv-213-CEM-RMN

**JAM ELECTRIC, LLC,**

      **Defendant.**

_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Second Motion for Default Judgment ("Motion," Doc. 32). The United States Magistrate Judge issued a Report and Recommendation (Doc. 33), recommending that the Motion be granted in part and denied in part, (*id.* at 13).

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Report and Recommendation (Doc. 33) is **ADOPTED** and made a part of this Order.

2. Plaintiff's Second Motion for Default Judgment (Doc. 32) is **GRANTED in part** and **DENIED in part**.

   a. The Clerk is directed to enter **DEFAULT JUDGMENT** in favor of Plaintiff and against Defendant on Count I of the Amended Complaint.

   b. Defendant shall pay (1) all employees for hours worked, (2) waiting time to all employees not paid in full, and (3) all amounts due under the collective bargaining agreement for benefits and other contributions, as required by the Labor-Management Committee's January 30, 2023 decision.

   c. The Motion is otherwise **DENIED**.

3. Count II is **DISMISSED**.

4. **On or before February 24, 2025**, Plaintiff is directed to file a motion for an award of attorney's fees and nontaxable costs.

5. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on January 9, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record