UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 606,**

    **Plaintiff,**

v.                                       Case No. 6:24-cv-213-CEM-RMN

**JAM ELECTRIC, LLC,**

    **Defendant.**

                                                  /

**ORDER**

THIS CAUSE is before the Court on Plaintiff's Motion for Attorney's Fees and Costs ("Motion," Doc. 39). The United States Magistrate Judge issued a Report and Recommendation (Doc. 40), recommending that the Motion be granted in part and denied in part, (*id.* at 8).

After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

    1. The Report and Recommendation (Doc. 40) is **ADOPTED** and made a part of this Order.

2. Plaintiff's Motion for Attorney's Fees and Costs (Doc. 39) is **GRANTED in part** and **DENIED in part.**

   a. Plaintiff is **AWARDED** a total of $11,512.50 in attorney's fees.

   b. The Motion is otherwise **DENIED**.

3. The Clerk is directed to amend the Judgment (Doc. 35) to add an award of $11,512.50.

**DONE** and **ORDERED** in Orlando, Florida on October 30, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party